IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JOSEPH RUBEN CLENDENING**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 3:21-CV-03083**

**SHERIFF TIM ROBERSON,**
Boone County, Arkansas;
**JAIL ADMINISTRATOR JASON DAY;**
**TESSA FOSTER;**
**JAILER GAVEN BRAYANT;**
**OFFICER DAVID EVERHEART;**
**OFFICER BOB CIACHER; and**
**SERGEANT HARP**                                                                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on January 14, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the following is **ORDERED**:

(1) All claims against Sheriff Roberson, Tessa Foster, Bob Ciacher, Officer Everheart, Jailer Brayant, and Sergeant Harp are **DISMISSED WITHOUT PREJUDICE**;

(2) The due process claims are **DISMISSED WITHOUT PREJUDICE**;

(3) The retaliation claims are **DISMISSED WITHOUT  PREJUDICE**;

(4) The verbal abuse, threats, and taunting claims are **DISMISSED WITHOUT PREJUDICE**;

(5) The failure to intervene claim is **DISMISSED WITHOUT PREJUDICE**; and,

(6) The unconstitutional conditions of confinement claim will **PROCEED** against Jail Administrator Day.

By separate order, the Amended Complaint will be served on Jail Administrator Day.

**IT IS SO ORDERED** on this 1st day of February, 2022.

<u>/s/ Timothy L. Brooks</u>
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE